Frank DeCicco, administrator of estate of Raymond DeCicco, deceased, appellee, v. Joseph Vodrazka, appellant. Gen. No. 39,138.

Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Joseph C. Pisha and Ewart Harris, for appellant. Hector A. Brouillet, for appellee; Abraham Miller, of counsel.

Mr. Justice Hall delivered the opinion of the court.

William Maher et al., appellees, v. Leonard W. Engels, executor of estate of Charles Erlmann, deceased, defendants. Appeal of Leonard W. Engels, executor of estate of Charles Erlmann, deceased, appellant. Gen. No. 39,157.

Heard in the third division of this court for the first district at the October term, 1936. Opinion filed June 30, 1937. Rehearing denied July 12, 1937.

Nelson & Nelson, for certain appellant; C. S. Van Duzer, of counsel. Harold O. Mulks, for certain other appellant. Samuel A. Strauss, for appellee Lena Fingerhuth; Thomas J. Mullen, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Alfred M. Best Company, Inc., appellee, v. Index Publishing Company et al., appellants. Gen. No. 38,955.

Heard in the third division of this court for the first district at the February term, 1937. Opinion filed June 30, 1937.

Harold L. Levy, Lawrence S. Jacobson, and William L. Kelly, for appellants; Grenville Beardsley and Lawrence S. Jacobson, of counsel. Defrees, Buckingham, Jones & Hoffman, for appellee; Vincent O'Brien, Howard Hayes and John M. Baker, of counsel.

Mr. Justice Hebel delivered the opinion of the court.